IN THE COURT OF APPEALS OF TENNESSEE
AT KNOXVILLE
November 4, 2013 Session

**DWIGHT O. SATTERFIELD v. MARGARET H. SATTERFIELD**

**Appeal from the General Sessions Court for Blount County**
**No. S4771    William R. Brewer, Jr., Judge**

**No. E2012-02367-COA-R3-CV-FILED-FEBRUARY 28, 2014**

CHARLES D. SUSANO, JR., Chief Judge, concurring.

I concur completely in Judge Swiney's well-reasoned majority opinion. I write separately to stress the linchpin of the majority's rationale in rejecting Mr. Satterfield's first issue.

In that first issue, Mr. Satterfield phrased his argument *solely* with respect to *the language of the MDA*. He took the position this language demonstrated that the parties intended that cohabitation with a "third person" would result in a termination of his general alimony obligation of $800 per month. Again, Mr. Satterfield's position on his first issue was focused solely upon the parties' intention as reflected in the language they selected for their MDA. The majority held that the subject language did not demonstrate any such intention. As to this first issue, that is all the majority holds. As I previously stated, I concur completely in this determination as well as the other holdings of the majority opinion.

_____
CHARLES D. SUSANO, JR., CHIEF JUDGE

1